[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 260.]

THE STATE OF OHIO, APPELLEE, *v*. JONES, APPELLANT.

[Cite as *State v. Jones*, 1996-Ohio-31.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel— Application denied when applicant fails to demonstrate a colorable claim of ineffective assistance of counsel.*

(No. 96-195—Submitted May 7, 1996—Decided August 7, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 89AP-424.

————————————

{¶ 1} Appellant, Raymond E. Jones, was convicted of aggravated robbery and robbery, with a gun specification. The trial court merged the offenses and sentenced Jones to prison. The court of appeals affirmed the conviction and sentence. *State v. Jones* (Mar. 13, 1990), Franklin App. No. 89AP-424, unreported, 1990 WL 26126, appeal dismissed (1990), 53 Ohio St.3d 703, 558 N.E.2d 57.

{¶ 2} In mid-1995, Jones filed with the court of appeals an application to reopen his appeal under App.R. 26(B), alleging ineffective assistance of his appellate counsel. The court of appeals held that Jones had "failed to demonstrate a colorable claim of ineffective assistance of counsel" and denied his application for reopening. Jones now appeals that denial to this court.

————————————

*Raymond E. Jones, pro se.*

————————————

*Per Curiam.*

**{¶ 3}** We affirm the judgment of the court of appeals for the reasons stated in its decision.[1]

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

———————————

1. Appellant's motion for the appointment of counsel is denied.